# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| In Re: | Case No. 19-21765 |
| Froylan Vega | Chapter 13 |
| Debtor(s). | Judge James R. Ahler |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Indiana, and enters an appearance on behalf of U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust, in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

I certify that on July 18, 2019, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Kevin M. Schmidt, Debtor's Counsel
    courtmail@kmslawoffice.net

    Paul R. Chael, Trustee
    aimee@pchael13.com

    Office of the U.S. Trustee
    ustpregion10.so.ecf@usdoj.gov

I further certify that on July 18, 2019, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Froylan Vega, Debtor
    6743 Maryland Avenue
    Hammond, IN 46323

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (OH 0083702)
    Attorney for Creditor